FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 9 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of Nevada

Civil Rights Division

**2:21-cv-01473-RFB-DJA**

|  |  |
|---|---|
| Neil Scott<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br><br>Merrick Garland<br><br>Barbara Cegavske<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. _____

*(to be filled in by the Clerk's Office)*

**Jury Trial:** *(check one)*  ☐ Yes  ☒ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Neil Scott |
| Address | 3150 Soft Breezes Dr. Suite 1220 |

| City | State | Zip Code |
|---|---|---|
| Las Vegas | NV | 89128 |

| | |
|---|---|
| County | Clark |
| Telephone Number | 571-969-3543 |
| E-Mail Address | nssctt@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Merrick Garland |
| Job or Title (if known) | United States Attorney General |
| Address | 950 Pennsylvania Avenue, NW |

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20530 |

| | |
|---|---|
| County | |
| Telephone Number | 202-514-2000 |
| E-Mail Address (if known) | Special.Litigation@usdoj.gov |

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Barbara Cegavske |
| Job or Title (if known) | Nevada Secretary of State |
| Address | 101 North Carson Street, Suite 3 |

| City | State | Zip Code |
|---|---|---|
| Carson City | NV | 89701 |

| | |
|---|---|
| County | |
| Telephone Number | 775-684-5705 |
| E-Mail Address (if known) | sosexec@sos.nv.gov, nvelect@sos.nv.gov |

☐ Individual capacity     ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

19th amendment,12th amendment 14th amendment 15th amendment and the voting and civil rights act. Chiafalo v. Washington, 591 U.S. ___ (2020) and Colorado Dept. of State v. Baca, 591 U.S. ___ (2020). The right to vote for Vice President.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

19th amendment,12th amendment 14th amendment 15th amendment and the voting and civil rights act. Chiafalo v. Washington, 591 U.S. ___ (2020) and Colorado Dept. of State v. Baca, 591 U.S. ___ (2020). The right to vote for Vice President.

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

The 2020 November election ballot.
Janruary 6th 2021 just prior to congress certifying the 2020 election near the White House.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

On 09/01/2020 during business hours I called the Nevada Secretary of States office and they informed me that the President and Vice President would be paired torether on the November election ballot according to party because of federal laws.

The 2020 November election ballot.
Janruary 6th 2021 just prior to congress certifying the 2020 election near the White House.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

The following is a refilling of CASE #: 2:20-cv-01648-GMN-VCF filled 09/04/2020 with new and additional material facts.

Neil Scot is a black naturalized citizen of Jamaican descent and a member of the Libertarian party who lives in the State of Nevada.

This (2020) election there will be two female candidates on the ballot (in 50 states and Washington D.C.) for President and Vice President. Jo Jorgensen of the Libertarian party for President and Kamala Harris who is black of Jamaican decent for the Democratic party for Vice President.

In the State of Nevada the election for Governor and Lieutenant Governor are listed as separate votes on the election ballot.

In the 2020 election the ballot for President and Vice President are paired together by political party. This makes it impossible for voters to choose each woman separately without a male counterpart. Joe Biden is paired with Kamala Harris for the Democrat party likewise Jo Jorgensen and Spike Cohen (of Jewish descent) for the Libertarian party.

On January 6th 2021 then President Donald Trump participated in a "stop the steal" rally where he attempted to use his position as President to intimidate the Vice President Mike Pence. President Trump's goal was for Vice President Pence to vote in the senate and overturn the electoral college results of the 2020 election. The Vice President should never be beholden to the President via ballot appointment for his office; instead the Vice President should always be beholden to the voters signal via votes cast.

In 32 states, affirmed by the US Supreme court a single set of States electors are required by State law to vote in accordance with the will of the voters. There is no reason they cannot vote for the lesser office of Vice President. Also congress can reject that outcome and state law can punish violators.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Post traumatic stress seeing the President rally a mob against the Vice President.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

(1) I seek to have political parties that receive tax payer funds have a two track nomination process for President and Vice President. Non tax payer funded parties may nominate the candidates however they decide is best.

(2) Going forward I seeks to have the federal Presidential and Vice Presidential election ballot printed according to constitutional offices and not by political party in all 50 states, the District of Columbia and anywhere electors can cast votes in congress for these offices.

(3) The lesser office of Vice President should never be beholden to the greater office of President via ballot appointment for his office; instead the Vice President should always be beholden to the voters.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        8/9/2021

Signature of Plaintiff

Printed Name of Plaintiff        Neil Scott

### B.    For Attorneys

Date of signing:

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Exhibit List

(A) Article about likeminded voters in other states.


(B) Copy of the November 3rd 2020 Official mail ballot, General election, Clark County Nevada.

(C) Excerpts of President Trumps January 6th 2021 speech. In it he incites a mob to intimidate congress and the Vice President to overturn the results of the previous November election.

(D) Video of President Trump's entire January 6th speech before a mob storms the US capitol to "stop the steal" by intimidate the Vice President and congress certification of the November 2020 general election

(E) Copy of case 2:20-cv-01648-GMN-VCF filed 09/04/20220.

*EXHIBIT - A*

# The Washington Post

*Democracy Dies in Darkness*

# Presidential candidates shouldn't pick the vice president. Voters should.

Bring back separate elections for the second line on the 2020 ballot.

By **David Blake**

David Blake is the cofounder of Vice.Run, a 50-state national advocacy campaign to secure a separate vice-presidential ballot line for the 2020 election cycle.

May 29, 2019 at 3:00 a.m. PDT

Rumors swirled this spring that Joe Biden considered naming a running mate at the start of his campaign. To his supporters, the move was vintage Biden: a bold step toward transparency in an opaque process. To Biden critics, the move felt like a stunt.

Both sides miss a critical truth: Biden has no constitutional claim to pick the vice president. No candidate does. That right belongs to the American people. The 12th Amendment gives the states and, ultimately, "We the People" the right to choose the vice president just as we do the president, outlining a process to elect the two positions through "distinct ballots" and "distinct lists." The electoral college still votes separately for president and vice president, but, over time, voters have lost that power to the political parties and the presidential nominees.

How was the vice presidency stolen by the parties? It's all about the ballot.

The ballot as we know it today is the secret ballot, which appeared in the 1890s and was called the Australian ballot in a nod to its provenance. Before then, we had the "party ballot": brochures distributed by parties to voters entering polling places. Party-minded voters would use the ballot as a guide, handwriting their votes on paper and dropping the paper into a box. While some voters did vote along those straight-party lines, anyone (as long as they were white and male) was free to run for president or vice president, and individuals could vote for any elector or combination of electors. The parties had influence but didn't have control of who could run or for whom you could vote in the ways they do today.

Even after the secret ballot was introduced for presidential elections, Americans voted for electors, not presidential and vice-presidential candidates. Not until the 20th century would ballots reflect candidates as shorthand for a slate of party electors. It was this step that put presidential and vice-presidential candidates together on the ballot. Today, this leaves the vice presidency as the only office for which we have a right to elect but an inability to actually vote.

That's why, in 2016, voters had only one box to check for any party ticket, be that Trump-Pence, Clinton-Kaine or

Save 70% during The Labor Day Sale. **Get one year for $100 $29**                    ✕

since 1841. Important and divisive issues have fallen to Pence, including opening a debate to overturn the Affordable Care Act, overturning a rule to protect state funding for Planned Parenthood and overturning consumer financial protections. He is the first vice president to confirm a Cabinet nomination — when Betsy DeVos's nomination for secretary of education hung at 50-50. The role of the vice presidency matters in times of divided government. Voters deserve a say in choosing their vice president when he or she determines the policies that define our lives.

Turning the vice presidency back over to the people will make our government work more effectively. The Constitution gives the vice president the opportunity to do two things: deliver a solution in the Senate when it is evenly divided on legislative matters, and use his or her influence to build bridges between the executive and legislative branches. These powers lose their constitutional meaning when the vice president is just another faux presidential appointee, beholden to the White House for any semblance of relevancy or power. It will always be in the self-interest of the parties and the presidential nominees to control this office. But it isn't their right. It is ours.

If we infuse the vice presidency with the will of the people, then everything changes. All of a sudden, the vice president has a democratic mandate to fulfill the office's constitutional requirements.

Imagine an independently elected vice president acting as a domestic diplomat, shuttling between the White House and Capitol Hill to head off a shutdown. Imagine a vice president using the tie-breaking vote as a platform to negotiate legislation that advances the nation's collective interests, instead of serving as a presidential proxy. These roles may be hard to imagine if Pence is your model, but not if you carefully read the Constitution. The vice president, constitutionally, does not serve at the president's behest; this is why no matter what Pence does or doesn't do, President Trump cannot fire him from the office.

Fixing the hijacked electoral process wouldn't mean going back to the troublesome process that the 12th Amendment to the Constitution fixed. Initially, the candidate with the second-most electoral votes for president would become vice president. But after the acrimonious tie between Thomas Jefferson and Aaron Burr, the 12th Amendment separated the office of president and vice president and outlined distinct and separate votes and electoral ballots for each office. This gave the states, and thus the people, the right to choose the vice president. This would not be a return to how John Adams secured the office before the 12th Amendment (as the runner-up), but rather to how John C. Calhoun sought and won the office of vice president directly, after the 12th Amendment's adoption.

Fortunately, every state board of elections already has a defined process for ballot access. Most states require a certain number of signatures from registered voters. If you secure enough signatures, you can engage the state to create that ballot line in time for November 2020, allowing us to vote for president and, separately, for vice president.

Reclaiming our democratic rights and electoral process in this way does risk the possibility of a split ticket. However, the chances of a plurality of voters splitting their votes in any state, then getting that same outcome across a plurality of states, all splitting their votes to secure 270 or more electoral college votes, is improbable.

But what this would do is restore the office as a check and balance on executive and legislative power in divided times, as it is intended, by making the vice president directly responsible to the American people instead of solely to the president.

Reviving the 12th Amendment creates the opportunity for a "domestic diplomat." Vice-presidential candidates would

campaign directly for the job, and voters would vet their policies and platform. The vice president would have a mandate to work with the president and Congress to be a bridge and foster more effective, bipartisan governing. Isn't that a far preferable process to the backroom, partisan and, at times, haphazard running-mate selection we see today?

Partisan tradition isn't the same as constitutional law. Choosing the vice president is our constitutional right, regardless of whether you agree with changing our modern tradition of the office. To resist this effort is to impinge on each state's right to give its citizens a democratic say. Yes, this change could bring about some new problems: the possibility of presidents and vice president not getting along (though that happens now, too), how to merge platforms and ideas, and even more candidates each election cycle. But you can use your right to vote to support candidates who account well for those or other concerns.

Some may still argue not to mess with tradition, to leave well enough alone. But few appreciate how dramatically this office has already evolved — from parties selecting the running mate, to nominees selecting the running mate, to Walter Mondale reimagining the role in its entirety and giving us a completely new model of the office as the presidential adviser and fixer. It has evolved before, and it can evolve yet again.

Electoral reform is in the air, most notably the call to abolish the electoral college. This reform is a practical impossibility, requiring a constitutional amendment, with two-thirds-majority support in the House and the Senate and three-quarters of the states to ratify. But electing the vice president is already our constitutional right. It's a solution hiding in plain sight, and all it requires is fixing the ballot by working with each state to meet ballot-access thresholds. The organization I co-founded, Vice.Run, is a 50-state initiative to secure independent ballot lines for all the vice-presidential candidates in the 2020 election. Our goal is to restore balance in our divided government and put the power back in the hands of the American people.

Former New York governor Al Smith once said, "All the ills of democracy can be cured by more democracy." The time has come for voters to reclaim our constitutional right to democratically elect the vice president, a role uniquely suited to help address this moment of divided government and partisan crisis.

EXHIBIT-B

3749EA

## TUESDAY, NOVEMBER 3, 2020
## CLARK COUNTY, NEVADA

To vote for a candidate, use a blue or black pen and completely fill in the oval ⬤

### THIS IS YOUR VOTER RECEIPT

Detach at the perforation line below and keep this top section for your records

⬇ ⬇ ⬇



# Official Mail Ballot
## General Election - Clark County, Nevada
## November 03, 2020

Ballot Style 55 NP - Precinct   3749 - English - Page 1 of 2

| PARTISAN OFFICES | JUSTICE OF THE SUPREME COURT SEAT D | DISTRICT COURT JUDGE DEPARTMENT 8 |
|---|---|---|

**PRESIDENT / VICE PRESIDENT**
**4 YEAR TERM**
VOTE FOR ONE

**JUSTICE OF THE SUPREME COURT SEAT D**
**6 YEAR TERM**
VOTE FOR ONE

**DISTRICT COURT JUDGE DEPARTMENT 8**
**6 YEAR TERM**
VOTE FOR ONE

| | |
|---|---|
| Fumo, Ozzie | NP |
| Herndon, Douglas | NP |
| None of These Candidates | |

| | |
|---|---|
| Atkin, Trevor | NP |
| Peterson, Jessica K. | NP |

Biden, Joseph R.    DEM
Harris, Kamala D.

**DISTRICT COURT JUDGE DEPARTMENT 9**
**6 YEAR TERM**
VOTE FOR ONE

Blankenship, Don    IAP
Mohr, William

**COURT OF APPEALS JUDGE**
**DEPARTMENT 3**
**2 YEAR UNEXPIRED TERM**
VOTE FOR ONE

Jorgensen, Jo    LPN
Cohen, Jeremy "Spike"

| Silva, Cristina D. | NP |
|---|---|

Trump, Donald J.    REP
Pence, Michael R.

| | |
|---|---|
| Bulla, Bonnie | NP |
| Bush, Susan | NP |
| None of These Candidates | |

**DISTRICT COURT JUDGE DEPARTMENT 10**
**6 YEAR TERM**
VOTE FOR ONE

None of These Candidates

**DISTRICT COURT JUDGE DEPARTMENT 1**
**6 YEAR TERM**
VOTE FOR ONE

| Jones, Tierra D. | NP |
|---|---|

**REPRESENTATIVE IN CONGRESS DISTRICT 4**
**2 YEAR TERM**
VOTE FOR ONE

**DISTRICT COURT JUDGE DEPARTMENT 11**
**6 YEAR TERM**
VOTE FOR ONE

| | |
|---|---|
| Villani, Jacob | NP |
| Yeager, Bita "Marie" | NP |

Esteban, Jonathan Royce    LPN

| Gonzalez, Elizabeth "Betsy" | NP |
|---|---|

**DISTRICT COURT JUDGE DEPARTMENT 2**
**6 YEAR TERM**
VOTE FOR ONE

Horsford, Steven    DEM

**DISTRICT COURT JUDGE DEPARTMENT 12**
**6 YEAR TERM**
VOTE FOR ONE

Marchant, Jim    REP

| Kierny, Carli Lynn | NP |
|---|---|

EXHIBIT - C

**Excerpts of President Trumps January 6th 2021 speech. In it he incites a mob to intimidate congress and the Vice President to overturn the results of the previous November election.**

(1)

Start 9:30

And he looked at Mike Pence, and I hope Mike is going to do the right thing. I hope so. I hope so.

Because if Mike Pence does the right thing, we win the election. All he has to do, all this is, this is from the number one, or certainly one of the top, Constitutional lawyers in our country. He has the absolute right to do it. We're supposed to protect our country, support our country, support our Constitution, and protect our constitution.

States want to revote. The states got defrauded. They were given false information. They voted on it. Now they want to recertify. They want it back. All Vice President Pence has to do is send it back to the states to recertify and we become president and you are the happiest people.

And I actually, I just spoke to Mike. I said: "Mike, that doesn't take courage. What takes courage is to do nothing. That takes courage." And then we're stuck with a president who lost the election by a lot and we have to live with that for four more years. We're just not going to let that happen.

End 10:52

(2)

Start 18:42

And Mike Pence is going to have to come through for us, and if he doesn't, that will be a, a sad day for our country because you're sworn to uphold our Constitution.

Now, it is up to Congress to confront this egregious assault on our democracy. And after this, we're going to walk down, and I'll be there with you, we're going to walk down, we're going to walk down.

End 18:54

(3)

Start 10:44

By the way, Pennsylvania has now seen all of this. They didn't know because it was so quick. They had a vote. They voted. But now they see all this stuff, it's all come to light. Doesn't happen that fast. And they want to recertify their votes. They want to recertify. But the only way that can happen is if Mike Pence agrees to send it back. Mike Pence has to agree to send it back.

End 41:06

1

(4)

Start 52:56

The radical left knows exactly what they're doing. They're ruthless and it's time that somebody did something about it. And Mike Pence, I hope you're going to stand up for the good of our Constitution and for the good of our country. And if you're not, I'm going to be very disappointed in you. I will tell you right now. I'm not hearing good stories.

End 53:20

https://www.c-span.org/video/?507744-1/rally-electoral-college-vote-certification

EXHIBIT -D

*EXHIBIT — E*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

```
┌─ FILED
└─ ENTERED          ─── RECEIVED
                    ─── SERVED ON
         COUNSEL/PARTIES OF RECORD

              SEP - 4 2020

         CLERK US DISTRICT COURT
BY:_        DISTRICT OF NEVADA
                              DEPUTY
```

# UNITED STATES DISTRICT COURT

for the

District of Nevada

Civil Rights Division

|  |  |  |
|---|---|---|
| Neil Scott | ) | **2:20-cv-01648-GMN-VCF** |
| | ) | |
| _Plaintiff(s)_ | ) | |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) | |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) | Jury Trial: _(check one)_  ☐ Yes  ☒ No |
| _please write "see attached" in the space and attach an additional_ | ) | |
| _page with the full list of names.)_ | ) | |
| _-v-_ | ) | |
| | ) | |
| | ) | |
| Barbara Cegavske | ) | |
| | ) | |
| William Barr | ) | |
| | ) | |
| _Defendant(s)_ | ) | |
| _(Write the full name of each defendant who is being sued. If the_ | ) | |
| _names of all the defendants cannot fit in the space above, please_ | | |
| _write "see attached" in the space and attach an additional page_ | | |
| _with the full list of names. Do not include addresses here.)_ | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Neil Scott |
| Address | 3150 Soft Breezes Dr. Suite 1220 |
| | Las Vegas / City | NV / State | 89128 / Zip Code |
| County | Clark |
| Telephone Number | 571-969-3543 |
| E-Mail Address | nssctt@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | William Barr |
| Job or Title (if known) | United States Attorney General |
| Address | 950 Pennsylvania Avenue, NW |
| | Washington / City | DC / State | 20530 / Zip Code |
| County | |
| Telephone Number | 202-514-2000 |
| E-Mail Address (if known) | Special.Litigation@usdoj.gov |

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Barbara Cegavske |
| Job or Title (if known) | Nevada Secretary of State |
| Address | 101 North Carson Street, Suite 3 |
| | Carson City / City | NV / State | 89701 / Zip Code |
| County | |
| Telephone Number | 775-684-5705 |
| E-Mail Address (if known) | sosexec@sos.nv.gov, nvelect@sos.nv.gov |

☐ Individual capacity   ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**Defendant No. 3**

| | | | | |
|---|---|---|---|---|
| Name | | | | |
| Job or Title *(if known)* | | | | |
| Address | | | | |
| | *City* | *State* | *Zip Code* | |
| County | | | | |
| Telephone Number | | | | |
| E-Mail Address *(if known)* | | | | |

☐ Individual capacity    ☐ Official capacity

**Defendant No. 4**

| | | | | |
|---|---|---|---|---|
| Name | | | | |
| Job or Title *(if known)* | | | | |
| Address | | | | |
| | *City* | *State* | *Zip Code* | |
| County | | | | |
| Telephone Number | | | | |
| E-Mail Address *(if known)* | | | | |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

19th amendment,12th amendment 14th amendment 15th amendment and the voting and civil rights act. Chiafalo v. Washington, 591 U.S. ___ (2020) and Colorado Dept. of State v. Baca, 591 U.S. ___ (2020)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

19th amendment,12th amendment 14th amendment 15th amendment and the voting and civil rights act. Chiafalo v. Washington, 591 U.S. ___ (2020) and Colorado Dept. of State v. Baca, 591 U.S. ___ (2020)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

The 2020 November election ballot.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

On 09/01/2020 I called the Nevada Secretary of States office and they informed me that the President and Vice President would be paired torether on the November ballot according to party be ===e of federal laws.

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Neil Scot is a black naturalized citizen of Jamaican descent and a member of the Libertarian party who lives in the State of Nevada.

This election there will be two female candidates on the ballot (49 states and the D.C.) for President and Vice President. Jo Jorgensen a Libertarian for President and Kamala Harris who is black of Jamaican decent and a Democrat for Vice President.

In the State of Nevada the election for Governor and Lieutenant Governor are listed as separate votes on the election ballot.

In the 2020 election the ballot for President and Vice President are paired together by political party. This makes it impossible for voters to choose each woman separately without a male counterpart. Joe Biden is paired with Kamala Harris for Democrat likewise Jo Jorgensen and Spike Cohen Libertarian.

In 32 states a majority of States electors are required to vote in accordance with the will of the voters unless congress rejects the outcome.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I seeks to have the Novenber 2020 ballot printed according to constitutional offices and not by political party in all 50 states and the District of Columbia.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Off.. ..ay result in the dismissal of my case.

Date of signing:          09/03/2020

Signature of Plaintiff      Neil Scott

Printed Name of Plaintiff    Neil Scott

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**Address**

                                           *City*                            *State*           *Zip Code*

**Telephone Number**

**E-mail Address**